UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLIFFORD D. MORRIS,

    Plaintiff,                   :    Case No. 2:20-cv-06524

    -vs-                          Judge Sarah D. Morrison
                                      Magistrate Judge Chelsey M. Vascura

FAYETTE CO. JUDGE STEVEN
    BETHARD, *et al.*,
                                  :

    Defendants.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on January 6, 2021. (ECF No. 3). In the R&R, the Magistrate Judge found that the plaintiff could proceed *in forma pauperis* and recommended that the Court dismiss the action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 2). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON**
                                          **UNITED STATES DISTRICT JUDGE**